The Honorable Robert Lasnik

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

MOHAMED A. HUSSEIN, an individual, and
HASSAN HIRSI, an individual,

Plaintiffs,

vs.

AIR SERV CORPORATION, a foreign
corporation

Defendant.

Case No.  2:16-cv-00278-RSL

STIPULATED MOTION TO MODIFY
PRELIMINARY APPROVAL TIMELINE
AND SUBJOINED ORDER

The Class Representatives and Defendant ABM Industries, Inc. (Air Serv) jointly move the Court to modify its Order Granting Preliminary approval to allow minor modifications to the Class Notice and to allow additional time to distribute the Class Notice. The parties make this motion because additional information obtained by Class Counsel increases the percentage of back wages and sick pay which Class Members will recover as part of this settlement, and because the Administrator (Simpluris) requires additional time to set up the database and mailing list for distribution of the Class Notice.

Therefore, the parties request: (1) the approved Class Notice be modified to reflect a recovery percentage of 98.9%; and (2) that Section M – Timeline in the Court's Order Granting Preliminary Approval (Dkt. #44), be modified as follows:

STIPULATED MOTION TO MODIFY
PRELIM. APPROVAL TIMELINE - 1

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
TEL 206.621.6566
FAX 206.621.9686

| ACTION | DATE |
|---|---|
| Preliminary Approval Order Entered | July 27, 2018 |
| Class Counsel's Fee Motion Submitted | August 17, 2018 |
| Initial Notice Mailing Date | August 31, 2018 |
| Notice Deadline | September 24, 2018 |
| Exclusion/Objection Deadline | October 24, 2018 |
| Final Approval Brief and Response to Objections | November 8, 2018 |
| Final Approval Hearing/Notice Date | December 5, 2018 |
| Final Approval Order Entered | At the Court's discretion. |

The parties believe the currently-set Final Hearing date of December 5, 2018 provides sufficient time for Class Members to receive class notice and consider their available options, and therefore, request it not be modified.


　　　DATED this 13th day of August, 2018.

　　　　　　　　　　　　　　　**BADGLEY MULLINS TURNER PLLC**

　　　　　　　　　　　　　　　*s/Duncan C. Turner*
　　　　　　　　　　　　　　　Duncan C. Turner, WSBA #20597
　　　　　　　　　　　　　　　19929 Ballinger Way NE, Suite 200
　　　　　　　　　　　　　　　Seattle, WA 98155
　　　　　　　　　　　　　　　Telephone:  (206) 621-6566
　　　　　　　　　　　　　　　Email:  dturner@badgleymullins.com
　　　　　　　　　　　　　　　**Attorneys for Plaintiffs and the Class**


　　　　　　　　　　　　　　　**LAW OFFICE OF DANIEL R. WHITMORE**

　　　　　　　　　　　　　　　*s/Daniel R. Whitmore*
　　　　　　　　　　　　　　　Daniel R. Whitmore, WSBA #24012
　　　　　　　　　　　　　　　2626 15th Avenue West, Suite 200
　　　　　　　　　　　　　　　Seattle, WA 98119

STIPULATED MOTION TO MODIFY
PRELIM. APPROVAL TIMELINE - 2

Telephone: (206) 329-8400
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiffs and the Class**

**SEBRIS BUSTO JAMES**

/s/ Jeffrey A. James
Jeffrey A. James, WSBA #18277
Email: jaj@sebrisbusto.com
14205 SE 36th Street, Suite 325
Bellevue, WA 98006
Telephone: (425) 454-4233
dfeider@sebrisbusto.com
**Attorneys for Defendants**

## SUBJOINED ORDER

THE COURT, having considered the Parties' Stipulation Motion to Modify Timeline,

and the parties' requests to: (1) modify the percentage of recovery reflected on the Class Notice,

and (2) to modify the timeline for distribution of the Class Notice, HEREBY approves the

parties' requests, and modifies the settlement timeline to reflect that proposed in the Parties'

motion.

DATED this __17__th day of August, 2018.

_____
Robert S. Lasnik
U.S. District Court Judge

**PRESENTED BY:**

**BADGLEY MULLINS TURNER PLLC**

*s/Duncan C. Turner*
Duncan C. Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200

STIPULATED MOTION TO MODIFY
PRELIM. APPROVAL TIMELINE - 3

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1  Seattle, WA 98155
   Telephone:  (206) 621-6566
2  Email:  dturner@badgleymullins.com
3  **Attorneys for Plaintiffs and the Class**

4
   **LAW OFFICE OF DANIEL R. WHITMORE**
5
   *s/Daniel R. Whitmore*
6  Daniel R. Whitmore, WSBA #24012
   2626 15th Avenue West, Suite 200
7  Seattle, WA 98119
   Telephone: (206) 329-8400
8  Email: dan@whitmorelawfirm.com
9  **Attorneys for Plaintiffs and the Class**

10
   **SEBRIS BUSTO JAMES**
11
   /s/ Jeffrey A. James
12 Jeffrey A. James, WSBA #18277
   Darren A. Feider, WSBA #22430
13 14205 SE 36th Street, Suite 325
   Bellevue, WA 98006
14 Telephone: (425) 454-4233
15 jaj@sebrisbusto.com
   dfeider@sebrisbusto.com
16 **Attorneys for Defendants**

17

18

19

20

21

22

23

24

25

26

27

28
   STIPULATED MOTION TO MODIFY
   PRELIM. APPROVAL TIMELINE - 4