1

2

3

4

5

6

The Honorable Robert Lasnik

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

MOHAMED A. HUSSEIN, an individual, and
HASSAN HIRSI, an individual,

11

                                    Plaintiffs,

12

        v.

13

AIR SERV CORPORATION, a foreign
corporation,

14

                                    Defendant.

Case No.  2:16-cv-00278 RSL

**MOTION FOR FINAL APPROVAL OF
SETTLEMENT**

NOTE ON MOTION CALENDAR:
December 5, 2018 at 10:30a.m.

15

## I. INTRODUCTION.

16

17

18

19

20

21

        Class Representatives Mohamed A. Hussein, Hodan A. Dahir, and Mohamed Yusuf, by

and through Counsel for the Class, Badgley Mullins Turner, PLLC and the Law Office of Daniel

Whitmore ("Class Counsel"), respectfully submit this Motion for Final Approval of the

Settlement.[1] Class Members have received reasonable notice of the proposed settlement and the

opportunity to exercise their right to opt-out or object.

22

23

24

        Attorney David Mark has submitted documentation to the Court and third-party

administrator Simpluris, Inc. ("Simpluris") in which seventy-eight (78) Class Members seek to

opt-out of the *Hussein* settlement. Dkts. #59 & 61. Mr. Mark has also filed three actions against

25

26

---

[1] Unless otherwise provided herein, all capitalized terms in this Motion shall have the same meaning as set forth in
the Order Granting Preliminary Approval of Class Action Settlement. Dkt. #44.

**MOTION FOR FINAL APPROVAL OF
SETTLEMENT - 1**

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

Defendant ABM Aviation, Inc. (formerly operating as Air Serv Corporation) ("Defendant") in state court on behalf of sixty of these Class Members. Dkt. #56-1. Defendant has objected to the sufficiency of these opt-outs and has moved the Court for an Order to Show Cause. Dkts. #55, 63, & 64. That motion has been fully briefed by the interested parties and is presently pending before this Court.

The issues before the Court on final approval are separate and distinct from those raised in Defendant's Motion to Show Cause. Dkt. #55. Regardless of how the Court decides Defendant's pending Motion to Show Cause, the Parties have completed the Court-ordered notice program, and the settlement is fair and reasonable for remaining Class Members. As such, Class Counsel respectfully requests the Court grant final approval.

## II. FACTS.

This action was originally filed in King County Superior Court on January 20, 2016. Dkt. #1-2. Defendant removed the case to federal court on February 25, 2016.  Dkt. #1. Between May 2017 and November 2017, counsel for the Parties participated in earnest and arms-length settlement negotiations including a full-day mediation on November 2, 2017.  On or around March 22, 2018, the Parties entered into a long-form settlement agreement (the "Settlement Agreement"). Dkt. #33. Under the Settlement Agreement, Defendant agreed to pay Class Members a maximum gross settlement amount of Three Million Seventy Thousand Three Hundred Dollars and Thirty-Three Cents ($3,070,300.33), inclusive of requested incentive awards and attorney's fees.

On March 23, 2018, Plaintiffs filed a Stipulated Motion for Preliminary Approval of Class Action Settlement and Appointment of Class Representatives. Dkt. #32. That same day, Attorney David Mark filed an objection on behalf of putative Class Member Abdisalan Fahiye addressing

---

**MOTION FOR FINAL APPROVAL OF SETTLEMENT - 2**

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1
2
3

perceived issues within the proposed class notice. Dkt. #35. On July 9, 2018, the Parties and Mr. Fahiye resolved the objection by proposing an Amended Class Notice. Dkt. #42. On July 27, 2018, the Court granted preliminary approval of the settlement. Dkt. #44.

4
5
6
7
8
9
10
11

Beginning on August 31, 2018, Simpluris began mailing the approved Class Notice to the 464 Class Members. Declaration of Mark Trivett, ¶2. Eighty-nine notices were returned as undeliverable. *Id*. After receiving the returned notices, Simpluris performed a search of the National Change of Address Database and skip-traced all eighty-nine addresses. *Id*. New mailing addresses were identified for seventy-seven individuals and notices re-mailed. *Id.* After two subsequent waves of mailing, Simpluris estimates 97.6% of Class Members received the mailing. *Id*.

12
13
14

To date, no objections to the proposed settlement have been received. *Id*., ¶3. As set forth in Defendant's pending Motion to Show Cause (Dkts. #55-65) the opt-out status of seventy-eight Class Members is in dispute.

15

### III. DISCUSSION.

16
17

A.    **Class Members Received Notice of the Settlement and the Opportunity to Voluntarily Opt-Out.**

18
19
20
21
22
23
24
25

In its July 27, 2018 Order, the Court set the guidelines for providing Class Members with notice of the Parties' proposed settlement. Since that time, Simpluris has diligently followed the Court's notice program, ensuring Class Members received adequate notice of the proposed settlement. Simpluris also took steps to identify new mailing addresses for unreachable class members. Attorney David Mark notified Simpluris that seventy-eight (78) Class Members desired to opt-out of the Settlement. The status of these seventy-eight Class Members remains to be decided by the Court.  No Class Member has objected to the proposed settlement.

26

**MOTION FOR FINAL APPROVAL OF
SETTLEMENT - 3**

**B.      The Settlement Remains Fair and Reasonable Despite the Opt-Outs.**

Per the Settlement Agreement, the Individual Allocable Shares for all putative class members are to be calculated based on the maximum settlement amount.  If the Court allows the seventy-eight individuals to opt-out as requested by Mr. Mark, their Individual Allocable Shares will be deducted from the maximum settlement value. The Individual Allocable Shares of the Settling Class Members will be paid out, resulting in payment of approximately 97.8% of their back wages and sick pay, as set forth in the Class Notice.

The Class Notice distributed by Simpluris to Class Members included the following instructions and guidance:

> If you are a Settling Class Member, you can object to the Settlement if you do not like any part of it. You can give reasons why you think the Court should not approve the Settlement. The Court will consider your views. To object, you must send a letter or other written filing saying that you object to the Settlement. Be sure to include the following case caption and notation on the front page: "*Hussein et al. v. Air Serv Corporation, Case No. 2:16-cv-00278.*"

> If you do nothing and you are a Settling Class Member, you will be deemed to have waived your right to litigate your case individually, and you will participate in the Settlement of the Action as described above in this Notice if the Settlement is approved.

Dkt. #42-1, pgs. 9-10 (portions omitted). To date, no Class Member has objected to the proposed class definition or allocation plan.

## IV. CONCLUSION.

As the evidence attached to this Motion demonstrates, Class Members have been provided the opportunity to object or opt-out of the proposed Settlement. To date, the opt-out status of seventy-eight Class Members is currently in dispute. Because the Court's ruling on this subject does not materially affect the Individual Allocable Shares of the Class Members who did not opt-out, the settlement remains fair and reasonable. Therefore, Class Counsel moves the Court to: (1)

**MOTION FOR FINAL APPROVAL OF SETTLEMENT - 4**

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

1   approve the class definition, (2) approve the proposed class action settlement, and find it fair,

2   reasonable, and the result of arm's length negotiations, (3) order Defendant to fund the settlement,

3   and (4) order Simpluris to distribute to the Settling Class Members.

4

5

6       DATED this 8th  day of November, 2018.

7

8                               BADGLEY MULLINS TURNER PLLC

9                               s/ Duncan C. Turner
                                Duncan C. Turner, WSBA #20597
10                              19929 Ballinger Way NE, Suite 200
                                Seattle, WA 98155
11                              Telephone:  (206) 621-6566
                                Email:  dturner@badgleymullins.com
12                              **Attorneys for Plaintiffs and Class**

13                              LAW OFFICE OF DANIEL R. WHITMORE

14                              s/Daniel R. Whitmore
                                Daniel R. Whitmore, WSBA #24012
15                              2626 15th Avenue West, Suite 200
                                Seattle, WA 98119
16                              Telephone: (206) 329-8400
                                Email: dan@whitmorelawfirm.com
17                              **Attorneys for Plaintiffs and Class**

18

19

20

21

22

23

24

25

26

**MOTION FOR FINAL APPROVAL OF**
**SETTLEMENT - 5**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey A. James, WSBA #18277
SEBRIS BUSTO JAMES
Email:  jaj@sebrisbusto.com
**Attorneys for Defendant**

Keith Jacoby
LITTLER MENDELSON PC
Email: kjacoby@littler.com
**Attorneys for Defendant**

David N. Mark, WSBA #13908
WASHINGTON WAGE CLAIM PROJECT
810 Third Ave., Suite 500
Seattle, WA 98104
Email: david@wageclaimproject.org
**Attorneys for 78 Opt-outs**

s/ Yonten Dorjee
Yonten Dorjee, Paralegal
**BADGLEY MULLINS TURNER PLLC**
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone:  (206) 621-6566
Email: ydorjee@badgleymullins.com

MOTION FOR FINAL APPROVAL OF
SETTLEMENT - 6

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686