UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMED A. HUSSEIN, an individual, and HASSAN HIRSI, an individual,

                              Plaintiffs,

v.

AIR SERV CORPORATION, a foreign corporation,

                              Defendant.

Case No. 2:16-cv-00278 RSL

**ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND CLASS REPRESENTATIVES' INCENTIVE AWARDS**

WHEREAS, Plaintiffs have submitted authority and evidence supporting Plaintiffs' Motion for Attorney's Fees, Costs and Class Representatives' Incentive Awards; and

WHEREAS, the Court, having considered the pleadings on file and being fully advised, finds that good cause exists for entry of the Order below; now, therefore,

IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:

1. Unless otherwise provided herein, all capitalized terms in this Order shall have the same meaning as set forth in the Plaintiffs' Motion for Attorney's Fees, Costs and Class Representatives Incentive Awards.

2. The Court having appointed Badgley Mullins Turner, PLLC and the Law Offices of Daniel Whitmore as Class Counsel.

3. Class Counsel has requested the Court award $175,000.00, an amount equal to Defendant ABM Aviation, Inc. (formerly operating as Air Serv Corporation) ("Air Serv")'s

**ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND CLASS REPRESENTATIVES' INCENTIVE AWARDS - 1**
2:16-cv-00278 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

contribution towards Class Counsel's attorney's fees.

4. Defendant agreed to pay Maximum Settlement Amount Three Million, Seventy Thousand, Three Hundred Dollars, and Thirty-Three Cents ($3,070,300.33) to the Class Members, inclusive of any attorney's fees and costs, administrative fees, and incentive awards. That amount has now been reduced by $872,789.05, which represents the Opt-Out Employees' total back wages and sick pay.

5. The Court finds that attorney's fees in the amount of $145,000 are fair and reasonable under RCW 49.48.030, the Ordinance ("SeaTac Municipal Code Chapter 7.45"), and Ninth Circuit case law. The Court reaches this conclusion after analyzing: (1) the results Class Counsel achieved; (2) Class Counsels' risk in this litigation; (3) the complexity of the issues presented; (4) the hours Class Counsel worked on the case; (5) Class Counsels' hourly rate; (6) the contingent nature of the fee; and (7) awards made in similar cases.

6. Class Counsel has submitted authority and declarations that supports the Court's lodestar cross-check. Applying the reasonable number of hours expended on this litigation to the reasonably hourly rates charged by Class Counsel, the lodestar is $144,627.89.

7. The $30,000 reduction from the original attorney's fee request shall be allocated among the Class Members per the terms of the Settlement Agreement, resulting in proportionate increases to the Individual Allocable Shares

8. This Court also awards $3,000.00 ($1,000.00 each) to Plaintiffs Mohamed A. Hussein, Hodan A. Dahir, and Mohamed Yusuf as incentive awards for serving as the class representatives.

9. Based on the foregoing findings and analysis, the Court awards Class Counsel $145,000.00 in attorney's fees.

**ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND CLASS REPRESENTATIVES' INCENTIVE AWARDS - 2**
2:16-cv-00278 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

Dated this 20th day of December, 2018.

*Robert S Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND CLASS REPRESENTATIVES' INCENTIVE AWARDS - 3**
2:16-cv-00278 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686